USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW PROKOS,

                               Plaintiff,

        -against-

PARADALIS & NOHAVICKA LLP, and DOES
1-10,

                              Defendants.
-----------------------------------------------------------------X

21-CV-3019 (LAK) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **Thursday, September 23, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **September 16, 2021 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
                  July 26, 2021

*Katharine H. Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge