```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREW PROKOS,

                       Plaintiff,

     -against-

PARADALIS & NOHAVICKA LLP, and DOES 1-10,

                       Defendants.
-----------------------------------------------------------------X

21-CV-3019 (LAK) (KHP)

**ORDER CONVERTING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Settlement Conference in this matter scheduled for **Thursday, September 23, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding**

     SO ORDERED.

DATED:     New York, New York
                September 16, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge