```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDREW PROKOS,

                                       Plaintiff,

        -against-

PARADALIS & NOHAVICKA LLP, and DOES
1-10,

                                       Defendants.
----------------------------------------------------------------X

21-CV-3019 (LAK) (KHP)

ORDER RESCHEDULING PRE-MOTION CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Pre-Motion Conference scheduled for Tuesday, September 21, 2021 at 10:30 a.m. is hereby rescheduled to **Wednesday, October 20, 2021 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

DATED:        New York, New York
                    September 20, 2021

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge