USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/05/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDREW PROKOS,

                                              Plaintiff,                                    **21-CV-3019 (LAK) (KHP)**
                          -against-

                                                                                            **ORDER ADJOURNING PRE-**
                                                                                            **MOTION CONFERENCE**

PARADALIS & NOHAVICKA LLP, and DOES
1-10,

                                              Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

          In light the Stipulation of Voluntary Dismissal filed on October 24, 2021 (doc. no 38) the

Pre-Motion Conference currently scheduled for **October 20, 2021** is hereby adjourned *sine die*.

          **SO ORDERED.**

DATED:          New York, New York
                    October 5, 2021

                                                                        _Katharine H Parker_
                                                                        _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge